UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON L. SANDERS,

        Plaintiff,                     Case No. 1:22-cv-956

v.                                            Honorable Ray Kent

UNKNOWN TREPTOW et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  December 5, 2022                     /s/ Ray Kent
                                                         Ray Kent
                                                         United States Magistrate Judge